

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-23-00669-CV

Abelardo G. **GONZALEZ**,
Appellant

v.

Alberto J. **GONZALEZ**, Sergio R. Gonzalez, Rosalinda Gonzalez,
Appellees

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2020CVK000879-D3
Honorable Russell H. Wilson, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE SPEARS, AND JUSTICE MCCRAY

In accordance with this court's memorandum opinion of this date, the trial court's judgment is AFFIRMED. No costs of appeal are taxed against appellant. *See* TEX. R. APP. P. 20.1; TEX. R. CIV. P. 145.

SIGNED February 26, 2025.

_____
Adrian A. Spears II, Justice